FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY 14  PM 1:44

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
        Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| In re: | |
| | |
| **MINDEY DEE WHEELER-CRAWFORD,** | **Bankruptcy No. 08-29246** |
| | **(Chapter 7)** |
| **Debtor(s)** | Judge Judith A. Boulden |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Outsource Receivables<br>PO Box 166<br>Ogden, UT 84402 | $1.47 |

A check in the amount of $1.47 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this ⎽12⎽ day of May, 2010

_____
DAVID L. MILLER
Chapter 7 Trustee

3

UNITED STATES
U.S. Bankruptcy Cour
District of Utah

\# 00263852 - BH

May 14, 2010

Code    Case #    Qty       Amoun
t

<OR=$25  08-29246
47 CK                              1.

     Debtor - WHEELER-CRAWFORD

TOTAL→                    1.47

FROM: DAVID L. MILLER
       CK 106



David L. Miller, Trustee
P. O. Box 9
Farmington, UT 84025-0009

Case #:   08-29246-JAB
Case:
WHEELER-CRAWFORD, MINDEY DEE
Debtor(s).

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX - 77092

PAY:   ONE AND 47/100

VOID AFTER 90 DAYS   DATE: 05/10/2010   CHECK NO:   106

TO THE
ORDER
OF:

Clerk, US Bankruptcy Court

Trustee

$1.47

Small Dividends

⑈00000l0⑈ ⑈⑈⑊⑉⑈300554⑈: ⑈⑉⑉⑉70B⑉24⑉⑈